# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAMIE VICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-CV-711-JED-FHM |
| | ) | |
| OKLAHOMA DEPARTMENT OF HUMAN SERVICES; et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, the undersigned counsel for the Plaintiff, Jamie Vice, and the Defendant, the Oklahoma Department of Human Services, hereby jointly stipulate to the dismissal of the above-styled action *with prejudice*.

Dated this 27th day of September, 2018.

**APPROVED:**

*s/ Eric Anthony Mareshie*\*  
Eric Anthony Mareshie (OBA# 18180)  
E. ANTHONY MARESHIE, P.L.L.C.  
P.O. Box 330161  
Tulsa, Oklahoma 74133-0161  
Telephone:   (918) 519-3771  
Facsimile:   (918) 970-6927  
Email:  tulsalegal@gmail.com  

*Attorney for Plaintiff*  
*\*Signed by filing attorney with permission.*

*s/ JOHN E. DOUGLAS*  
John E. Douglas (OBA #2447)  

Assistant General Counsel  
Department of Human Services  
P.O. Box 25352  
Oklahoma City, OK  73125-0352  
Telephone:  (405) 521-3638  
Facsimile:  (405) 522-6059  
Email:  John.Douglas@okdhs.org  

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

Eric Anthony Mareshie
*Attorney for Plaintiff*

                                      *s/ JOHN E. DOUGLAS*
                                      John E. Douglas